## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH HERBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 8:20-CV-01921-GJH |
| | ) |
| DEPUY SYNTHES SALES, INC. d/b/a | ) |
| DEPUY SYNTHES JOINT RECONSTRUCTION, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Joseph Herbert, by and through undersigned counsel and pursuant to L. R. Civ. 111, and hereby notifies the Court that the parties have reached a settlement in the above-captioned matter.

THE VALENTE LAW GROUP

_____
John P. Valente, III
Federal ID # 22233
2200 Defense Highway, Suite 304
Crofton, Maryland 21114
(410) 451-1777
jvalente@jpvlawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF system this 10th day of September, 2020.

John P. Valente, III